UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Dkt.   3:01CR84-001/LAC

RONALD B. BUTLER

### ORDER CONTINUING SUPERVISION

THIS MATTER CAME on to be heard on July 11, 2007; there appearing Assistant U.S. Attorney Randall J. Hensel; and the defendant, Ronald B. Butler; appearing in person with counsel, Assistant Federal Public Defender Thomas S. Keith, Esquire; and after receiving testimony, the Court did find the defendant to be in violation of supervised release of violations #1 and #2 as outlined in the Petition. The Court orders the defendant to be continued under supervision with a new termination of supervised release date to be calculated after Butler's release from the County Jail (Work Release) sentence he is currently serving in Escambia County Circuit Court DKT #06-4047. All original conditions of supervised release remain in full force and effect with the following added special condition:

Special Condition #1    "The defendant shall participate in the home detention program for a period of 3 months which will begin upon his release from the Escambia County Work Release Facility. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the supervising U.S. Probation Officer. The defendant will be subject to the standard conditions of home detention without electronic monitoring adopted for use in the Northern District of Florida."

DONE AND ORDERED in Open Court at Pensacola, Florida, this 11th day of July, 2007.

s/L.A. Collier
The Honorable Lacey A. Collier
Senior U.S. District Judge

Date Signed:   July 13, 2007